Kristoffer R. BRYAN, Plaintiff–Appellant

v.

Carolyn W. COLVIN, Acting Commissioner, Social Security Administration, Defendant–Appellee.

No. 14–2249.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 5, 2015.

Filed: Feb. 9, 2015.

Frederick S. Spencer, Mountain Home, AR, for Plaintiff–Appellant.

Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, Michael Mcgaughran, Marisa Silverman, Gregory Edward White, Assistant Regional Counsel, Social Security Administration Office Of General Counsel, Dallas, TX, for Defendant–Appellee

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

PER CURIAM.

Kristoffer R. Bryan appeals the district court's [1] order affirming the denial of sup-

---

[1]. The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

plemental security income. For reversal, Bryan argues that (1) the Administrative law Judge's (ALJ's) residual functional capacity determination was not supported by substantial evidence and failed to account adequately for his mental impairments; (2) the ALJ erroneously failed to find that his bipolar disorder and personality disorder were severe impairments; and (3) the ALJ erroneously failed to find that his affective disorder met or medically equaled Listing 12.04. Following careful review of the parties' submissions and the record before us, we conclude that each of Bryan's arguments lacks merit. This is because substantial evidence in the record as a whole supports the ALJ's findings regarding residual functional capacity, the severity of Bryan's impairments, and his failure to meet listing requirements. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.